RICHARD DEL TORO *v.* CITY OF STAMFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 24150) is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the question of whether a particular injury is compensable does not involve the subject matter jurisdiction of the workers' compensation commissioner?"

The Supreme Court docket number is SC 17050.

*James L. Sullivan,* in support of the petition.

*Gary J. Wilson,* in opposition.

Decided September 4, 2003